SILVERMANACAMPORA LLP
Attorneys for Holsted Marketing, Inc.
100 Jericho Quadrangle, Suite 300
Jericho, New York 11753
(516) 479-6300
Adam L. Rosen
Sheryl P. Giugliano

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re:

HOLSTED MARKETING, INC.                                          Chapter 11
  d/b/a Holsted Jewelers,                                           Case No.: 12-13672 (JMP)

                              Debtor.
-----------------------------------------------------------x

## NOTICE OF (I) ENTRY OF CONFIRMATION ORDER, AND (II) OCCURRENCE OF EFFECTIVE DATE UNDER PLAN

**PLEASE TAKE NOTICE THAT:**

       1.     On July 29, 2013, the United States Bankruptcy Court for the Southern District of New York entered an order confirming the First Amended Plan of Reorganization of Holsted Marketing, Inc. Under Chapter 11 of the Bankruptcy Code, dated as of May 28, 2013 (the "**Plan**").

       2.     To request a copy of the Plan, please contact Andres Nunez at SilvermanAcampora LLP, 516-479-6300; ANunes@silvermanacampora.com.

       3.     As of August 13, 2013, all of the conditions precedent to the Effective Date of the Plan set forth in Section 10.02 of Article X of the Plan have been satisfied. Accordingly, on August 13, 2013, the Effective Date occurred with respect to the Plan.

Dated: Jericho, New York
       August 14, 2013                         **SILVERMANACAMPORA LLP**
                                                 Attorneys for Holsted Marketing, Inc.

                                                 By:   */s/ Adam L. Rosen*
                                                      Adam L. Rosen
                                             A Member of the Firm
                                             100 Jericho Quadrangle, Suite 300
                                             Jericho, New York 11753
                                             (516) 479-6300

                                                          SPG/1369934.1/062206